**Order entered June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00506-CV

**STEVEN B. AUBREY, BENEFICIARY OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellant**

**V.**

**BETSY S. AUBREY, TRUSTEE OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11685**

## ORDER

We **GRANT** appellee's June 28, 2016 motion to substitute counsel. We **DIRECT** the Clerk of this Court to substitute Michael Tobolowsky with the law firm of Malouf & Nockels LLP as counsel for appellee in the place of Ira Tobolowsky.

/s/     CRAIG STODDART
        JUSTICE